# ASK LLP
### ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **W.W. Grainger, Inc. dba Grainger** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113543 | $2,632.21 | 4/11/2023 | 7107373271 | 1/15/2023 | $2,300.49 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113543 | $2,632.21 | 4/11/2023 | 7106673580 | 12/15/2022 | $331.72 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113542 | $44,011.79 | 4/11/2023 | 7107831559 | 1/31/2023 | $5,976.88 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113542 | $44,011.79 | 4/11/2023 | 7107141355 | 12/31/2022 | $20,951.99 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113542 | $44,011.79 | 4/11/2023 | 7106670727 | 12/15/2022 | $17,082.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112598 | $20,931.64 | 3/2/2023 | 7106121853 | 11/17/2022 | $20,931.64 |

Totals:    3 transfer(s),    $67,575.64